```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA BENDIT,

                Plaintiff,

v.

CANVA, INC., and CANVA PTY., LTD.,

                Defendant.

23-cv-473 (RA) (SLC)

ORDER

RONNIE ABRAMS, United States District Judge:

      At the request of the parties, the Court previously adjourned the telephonic initial pretrial conference in this action scheduled for April 7, 2023.  That conference is hereby rescheduled for April 26, 2023 at 11:00 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:    April 13, 2023
           New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge