UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDRA BENDIT,

                Plaintiff,

          v.

CANVA, INC., and CANVA PTY. LTD.,

                Defendants.

23-CV-473 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      On March 31, 2023, Defendants moved to stay discovery in this action pending a decision on their motion to dismiss. Dkt. 27, 28. Having considered the relevant factors in deciding whether to stay discovery pending a dispositive motion—the strength of the dispositive motion, the breadth of discovery sought and the burden of responding to it, and prejudice to the party opposing the stay, *see Spencer Trask Software & Info. Servs., LLC v. RPost Int'l Ltd.*, 206 F.R.D. 367, 368 (S.D.N.Y. 2002)—the Court finds that a stay is appropriate here. Accordingly, discovery in this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:    April 26, 2023
             New York, New York

                                            Hon. Ronnie Abrams
                                            United States District Judge