UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDRA BENDIT,

                Plaintiff,

v.

CANVA, INC., and CANVA PTY. LTD.,

                Defendants.

No. 23-CV-473 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Now pending before the Court are Plaintiff's motion to remand, *see* Dkt. 14, and Defendants' motion to dismiss, *see* Dkt. 18. It is hereby ordered that the parties appear for a conference regarding the motions on June 28, 2023, at 11:00 a.m. No later than June 26, 2023, the parties shall file a joint letter indicating whether they would prefer the conference to take place in-person at the Thurgood Marshall U.S. Courthouse, or remotely via Microsoft Teams.

    Should June 28 present a conflict for either party, they may request adjournment of the conference and propose alternate dates. Additionally, as the Court indicated at the initial pretrial conference, should the parties seek a referral to the S.D.N.Y. Mediation Program or to Magistrate Judge Lehrburger for a settlement conference, they may request a referral by letter.

SO ORDERED.

Dated:    June 20, 2023
               New York, New York

                                                                           _____
                                                                           Hon. Ronnie Abrams
                                                                           United States District Judge