UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/28/2023
```

ALEXANDRA BENDIT,

                Plaintiff,

v.

CANVA, INC., and CANVA PTY. LTD.,

                Defendant.

No. 23-CV-473 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    At the conference held today, June 28, 2023, the parties requested that this case be referred for settlement purposes to Magistrate Judge Lehrburger, and the Court has made that reference by separate order. Accordingly, this action is hereby stayed.

    The parties shall file a joint status letter apprising the Court of the status of any settlement negotiations no later than one week after the settlement conference before Judge Lehrburger.

SO ORDERED.

Dated:     June 28, 2023
             New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge